March 19, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

GRANT PRIDECO, INC. AND AGGREGATE PLANT PRODUCTS CO.,
Appellants

NO. 14-13-00644-CV                V.

EMPEIRIA CONNER L.L.C., EMPEIRIA CONNER II L.L.C., AUBREY
CONNER, LEGG MASON SBIC MEZZANINE FUND, L.P., AEA
MEZZANINE FUND, L.P., AEA MEZZANINE (UNLEVERAGED) FUND, L.P.,
PAUL FRONTIER HOLDINGS, L.P., JOE FIAMINGO, WES DEHAVEN,
ALEX SUAREZ, AND EMPEIRIA CONNER L.L.C., IN ITS CAPACITY AS
THE SELLER REPRESENTATIVE, Appellees

_____

      This cause, an appeal from the judgment in favor of appellees, Empeiria Conner L.L.C., Empeiria Conner II L.L.C., Aubrey Conner, Legg Mason SBIC Mezzanine Fund, L.P., AEA Mezzanine Fund, L.P., AEA Mezzanine (Unleveraged) Fund, L.P., Paul Frontier Holdings, L.P., Joe Fiamingo, Wes Dehaven, Alex Suarez, and Empeiria Conner L.L.C., in Its Capacity as the Seller Representative, signed July 1, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order that the judgment be **REVERSED** and **REMANDED** for proceedings in accordance with this court's opinion.

      We order appellees, Empeiria Conner L.L.C., Empeiria Conner II L.L.C., Aubrey Conner, Legg Mason SBIC Mezzanine Fund, L.P., AEA Mezzanine Fund, L.P., AEA Mezzanine (Unleveraged) Fund, L.P., Paul Frontier Holdings, L.P., Joe Fiamingo, Wes Dehaven, Alex Suarez, and Empeiria Conner L.L.C., in Its Capacity as the Seller Representative, jointly and severally, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.